UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUZIE MODRELL,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C06-981MAT

**ORDER OF DISMISSAL**

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 60 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this 16th day of May, 2007.

Mary Alice Theiler, U.S. Magistrate Judge

ORDER OF DISMISSAL